IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

BRANDON MASSIE

Criminal No. 2:26-cr-075

## INFORMATION MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Brendan T. Conway, Assistant United States Attorney for said District, and submits this Information Memorandum to the Court:

## I.  THE INFORMATION

An one-count information was filed against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| One | Possession with the Intent to Distribute MDMB-4en-PINACA October 14, 2025 | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |

## II.  ELEMENTS OF THE OFFENSE

In order for the crime of Possession with the Intent to Distribute MDMB-4en-PINACA, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1.      That on or about the date set forth, the defendant possessed with intent to distribute the controlled substance charged in the Information.

2.      That the defendant did so knowingly and intentionally.

3.      That MDMB-4en-PINACA is a Schedule I controlled substance.

### III.  PENALTIES

**As to Count 1: Possession with the Intent to Distribute MDMB-4en-PINACA**

**(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)):**

1.      A term of imprisonment of not more than twenty (20) years.

2.      A fine not to exceed $1,000,000.

3.      A term of supervised release of at least three (3) years.

For a second or subsequent felony drug conviction that is final, whether federal, state, or foreign:

1.      A term of imprisonment of not more than thirty (30) years.

2.      A fine not to exceed $2,000,000.

3.      A term of supervised release of at least six (6) years.

### IV.  MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

### V.  RESTITUTION

Not applicable in this case.

## VI.  **FORFEITURE**

As set forth in the Information, forfeiture may be applicable in this case.

Respectfully submitted,

TROY RIVETTI
United States Attorney

*s/ Brendan T. Conway*
BRENDAN T. CONWAY
Assistant U.S. Attorney
PA ID No. 78726

3